IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SUSIE CORNELL,                          )
                                        )
                    Plaintiff,          )
                                        )
vs.                                     )     Case Number CIV-14-916-C
                                        )
NANCY A. BERRYHILL, Acting              )
Commissioner of the Social Security     )
Administration,                         )
                                        )
                    Defendant.          )

## MEMORANDUM OPINION AND ORDER

On June 22, 2016, Plaintiff received a fully favorable decision from the ALJ.   .

Plaintiff now seeks to reopen the case pursuant to Fed. R. Civ. P. 60 so that she may timely

file a request for attorney's fees.   42 U.S.C. § 406(b).   Although the time to respond has

passed, Defendant has not filed a response to the motion.   Plaintiff's request is in

accordance with the procedure set forth by the Tenth Circuit in McGraw v. Barnhart, 450

F.3d 493 (10th Cir. 2006), and it is therefore granted.

Having carefully considered the basis for the motion, Plaintiff's Motion for Relief

Pursuant to Fed. R. Civ. P. 60(b)(6) (Dkt. No. 33) is GRANTED, and Plaintiff is granted

14 days from today's date within which to file a motion for attorney's fees.

IT IS SO ORDERED this 17th day of February, 2017.

ROBIN J. CAUTHRON
United States District Judge